# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK FULTZ, Individually,

    Plaintiff,

vs.

RAAJ ANN ARBOR OWNER LLC, a Delaware Limited Liability Company,

    Defendant.

Case No. 2:19-cv-12246-AC-APP

Honorable Avern Cohn

---

Lawrence A. Fuller, Esq.
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
(305) 891-5199
lfuller@fullerfuller.com

M. J. Stephen Fox, Esq. (P32456)
FOX & ASSOCIATES
2536 Red Clover Drive SE
Ada, MI 49301
(616) 676-4300
foxlawfirm@aol.com

*Attorneys for Plaintiff*

Melvin Muskovitz (P18133)
Elisa J. Lintemuth (P74498)
DYKEMA GOSSETT PLLC
2723 S State St, Suite 400
Ann Arbor, MI 48104
(734) 214-7633
mmuskovitz@dykema.com
elintemuth@dykema.com

*Attorneys for Defendant*

---

## **STIPULATED ORDER OF DISMISSAL**

    WHEREAS the Parties, by their respective counsel, having stipulated to the entry of an order; and this Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that this matter be and hereby is DISMISSED with prejudice and without costs to any party.

IT IS FURTHER ordered that the parties bear their own costs, expenses, interest, and attorney fees.

IT IS SO ORDERED.

10/29/2019

S/Avern Cohn
U.S. District Judge

So stipulated:

By: */s/ Lawrence A. Fuller (with consent)*
Lawrence A. Fuller, Esq.
FULLER, FULLER & ASSOCIATES, P.A.
Attorneys for Plaintiff
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
(305) 891-5199
lfuller@fullerfuller.com

M. J. Stephen Fox, Esq. (P32456)
FOX & ASSOCIATES
2536 Red Clover Drive SE
Ada, MI 49301
(616) 676-4300
foxlawfirm@aol.com

By:   */s/ Elisa J. Lintemuth*
Melvin Muskovitz (P18133)
Elisa J. Lintemuth (P74498)
DYKEMA GOSSETT PLLC
2723 S State St, Suite 400
Ann Arbor, MI 48104
(734) 214-7633
mmuskovitz@dykema.com
elintemuth@dykema.com

2